THE STATE, EX REL. ROBERTSON ET AL., *v.* SANDLIN ET AL.

From the Boone Common Pleas.

*G. W. Stubbs, A. J. Boone, R. W. Harrison, G. H. Voss, B. F. Davis,* and *J. A. Holman,* for appellants.

PETTIT, J.—This case, in all legal aspects, is precisely the same as *The State, ex rel. Lines,* v. *Sandlin,* post, p 504; and on the authority of that case the judgment in this is reversed, at the costs of the appellees, with instructions to sustain the motion for a new trial, and for further proceedings.